UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHOVONE SENECHALEUNSOUK,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE et al.,<br><br>Respondents. | CASE NO. 2:26-cv-02555-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Petitioner's application to proceed in forma pauperis, Dkt. # 1, is GRANTED. Petitioner does not appear to have the funds to afford the $405.00 filing fee.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 22nd day of July 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk