UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHOVONE SENECHALEUNSOUK,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, Acting Attorney General of the United States; et al.,<br><br>Respondents. | No. 2:26-cv-02555-JHC<br><br>**ORDER FOR APPOINTMENT OF COUNSEL** |

THE COURT has considered Petitioner Phovone Senechaleunsouk's motion for appointment of counsel.

IT IS ORDERED that Assistant Federal Public Defender Ann K. Wagner is appointed to represent Petitioner.

DATED this 22nd day of July 2026.

John H. Chun
John H. Chun
United States District Judge