UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHOVONE SENECHALEUNSOUK, Petitioner, v. TODD BLANCHE, Acting Attorney General of the United States, *et al*., Respondents. | No. CV26-2555-JHC<br>ORDER PREVENTING TRANSFER DURING PENDENCY OF PETITION |

THE COURT has considered Petitioner's emergency motion for an order preventing Petitioner Senechaleunsouk's transfer out of this jurisdiction while his petition (Dkt. # 1-1) is pending. Dkt. # 7. The Court has also considered the records in this case.

For the reasons presented by Petitioner, IT IS ORDERED that Respondents are barred from removing Petitioner Senechaleunsouk from this jurisdiction during the pendency of his petition.

DONE this 22nd day of July, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE